PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. James Blocker                                    Docket No. 07-512-01

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Roberto Cordeiro**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **James Blocker**, who was placed under pretrial release supervision by the **Honorable Madeline Cox Arleo, U.S. Magistrate Judge,** sitting in the Court at Newark, New Jersey, on September 19, 2006, under the following conditions:

1. **$250,000 bond to be secured by $3,500 cash.**
2. **Pretrial Services Supervision.**
3. **The defendant must reside with mother, Cheri Blocker, at 303 Perry Ave, 2nd Floor, Union, NJ.**
4. **Defendant's mother, Cheri Blocker, to serve as Third Party Custodian.**
5. **24 hour house arrest with electronic monitoring (allowed out for medical and counseling appointments, attorney appointments, and court hearings).**
6. **Submit to drug testing and treatment as deemed appropriate by Pretrial Services.**
7. **Submit to mental health evaluation and treatment as deemed appropriate by Pretrial Services.**
8. **Travel restricted to New Jersey.**
9. **Must not apply for travel documents.**

On March 20, 2007, Judge Arleo signed an order allowing the defendant to leave his residence for employment purposes as approved by Pretrial Services.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a bail violation hearing.**

ORDER OF COURT

Considered and ordered this _7th_ day of _August_, _2007_ and ordered filed and made a part of the records in the above case.

Honorable Dickinson R. Debevoise
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _8/6/2007_

Roberto Cordeiro
Sr. U.S. Pretrial Services Officer