AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| James Blocker | ) | Case No: 07-512 |
| | ) | USM No: 28044-050 |
| Date of Original Judgment: 12/18/2007 | ) | |
| Date of Previous Amended Judgment: | ) | Louise Arkel |
| *(Use Date of Last Amended Judgment if Any)* | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __63 months__ months **is reduced to** __60 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __12/18/07__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: Nov. 9, 2011

Judge's signature

Effective Date: _____
*(if different from order date)*

Dickinson R. Debevoise
Printed name and title

Senior U.S. District Judge