PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** James Blocker  **Docket Number:** 07-00512-001
  **PACTS Number:** 46767

**Name of Sentencing Judicial Officer:** HONORABLE DICKINSON R. DEBEVOISE
SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** December 17, 2007, Re-sentenced on November 9, 2011

**Original Offense:** CONSPIRACY TO DISTRIBUTE NARCOTICS

**Original Sentence:** 60 months imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release  **Date Supervision Commenced:** 03/ 16 /12

**Assistant U.S. Attorney:** David E. Malagold, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Stephen Turano, Esq (CJA), 275 Madison Avenue, 35th fl, New York, New York 10016, (212) 905-4900

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the standard supervision condition which states '**The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.**'<br><br>On August 30, 2012, a home visit was conducted at which time the offender was verbally reprimanded for not adhering to the conditions of his supervised release. At that time, he was instructed to report on September 6, 2012 with all of his past due monthly supervision reports. The offender failed to report as directed, and failed to submit his monthly supervision reports from March 2012 through August 2012. The offender has not been in contact with the U.S. Probation Office since he was last seen on August 30, 2012. |

PROB 12C - Page 2
James Blocker

2. The offender has violated the standard supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

In March 2012, the offender was directed to attend weekly sessions at Moral Reconation Therapy (MRT). This is a 12 step program. The offender began on April 3, 2012, and last attended on July 10, 2012 at which time he showed up 30 minutes late. The offender missed numerous sessions between April and July 2012. On August 30, 2012, the offender was again directed to attend weekly sessions without fail. At that time, the offender agreed to resume attendance at the program; however, he has failed to report as directed. The offender completed five (5) steps of the program.

Additionally, in May of 2012, the offender stated that he would be attending Drake College in Elizabeth, New Jersey as a full-time student taking a computer course. The offender never submitted verification of same, and on August 30, 2012, he was directed once again to submit verification on September 6, 2012. The offender never reported on that date.

3. The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

On July 27, 2012, the offender submitted to an instant drug test which yielded positive results for drug usage. Due to the offender's denial of same, the specimen was sent to the laboratory which later confirmed the positive result for marijuana..

I declare under penalty of perjury that the foregoing is true and correct.

By: Edward J. Irwin
U.S. Probation Officer
Date: 10/5/12

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: Nov 19, 2012 at 2:00 p.m.
[ ] No Action
[ ] Other

Signature of Judicial Officer

Oct 9, 2012
Date